IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EFRAIN RIVERA,<br><br>Plaintiff,<br><br>vs.<br><br>The United States of America<br><br>Defendant, | Case No:<br><br>**<u>Civil Action</u>** |

## COMPLAINT

Plaintiff, by way of Complaint against the Defendant, The United States of America, says:

## PARTIES

1. Plaintiff Efrain Rivera, at all times relevant herein, resided at 37 Burholme Drive, Hamilton, New Jersey 08691.

2. Defendant The United States of America is a body politic which, for purposes of this litigation, operates through its executive branch, an agency of government, the General Services Administration.

## JURISDICTION AND VENUE

3. This action arises under the Federal Tort Claims Act, 28 UCS §2671 *et seq.*, and Plaintiff has complied with all administrative prerequisites to filing suit. Liability of the United States is predicated upon personal injuries and economic damages sustained by Plaintiff that were caused by the negligent, wrongful acts and/or omissions of an employee of the United States.

4. Defendant failed to respond within six months of Plaintiff's claim being submitted and as such, Plaintiff claims are deemed denied by Defendant by operation of law.

5. This Court has jurisdiction of the instant action pursuant to 28 U.S.C. § 1331, in that Plaintiff's claim against Defendant arises in accordance with the Federal Tort Claims Act, and pursuant to 28 U.S.C. § 1346, in that this Court has original jurisdiction over all claims against the United States of America and the various agencies thereof, including the USDA and The General Services Administration.

6. Venue is proper in the District of New Jersey pursuant to 28 U.S.C. § 1402(b), in that Plaintiff resided in this judicial district at the time of the accident that gives rise to this litigation and the accident occurred in this district.

## BACKGROUND

7. At the time and place aforesaid, Hinah Shaikh, was then and there operating a motor vehicle that was owned by the United States through the General Services Administration northbound on interstate 295 at or near Bordentown, New Jersey.

8. At the same time and place, Mr. Rivera was operating his vehicle northbound on Interstate 295 in or near Bordentown, New Jersey.

9. As Mr. Rivera was slowing his vehicle, he was struck from behind by a vehicle that was operated by Hinah Shaikh who was operating the vehicle while in the course and scope of his employment with the United States of America.

10. As a result of the actions and/or omissions of Hinah Shaikh, plaintiff's vehicle was struck in the rear and damaged, and plaintiff was injured.

11. At all times relevant herein, Hinah Shaikh, was acting as a duly authorized agent of the United States of America, under its supervision, authority and control.

## COUNT I

12. Plaintiff incorporates by reference all prior allegations as if fully set forth herein.

13. Defendant, the United States of America, through its agent Hinah Shaikh, was negligent in the operation of the aforesaid automobile in that the operator of said vehicle failed to make proper observations, failed to have his vehicle under control, failed to bring his vehicle to a stop before striking the rear of plaintiff's vehicle, operating a vehicle at an excessive rate of speed, and were otherwise inattentive and careless, which negligence caused a collision the Plaintiff, Efrain Rivera.

14. As a direct and proximate result of the aforesaid negligence, Plaintiff sustained injuries in and about the head, neck, shoulders, body and extremities, which injuries are or may be serious, severe, and permanent.

**WHEREFORE,** Plaintiff Efrain Rivera demands judgment against the Defendant the United States of America for compensatory damages together with interest and costs of suit.

**COHEN & RIECHELSON**

*Kevin Riechelson*

By: _____
KEVIN S. RIECHELSON, ESQUIRE
Attorney for Plaintiff, Efrain Rivera
3500 Quakerbridge Road, Suite 203
Hamilton, NJ 08619
(609) 394-8585 (P)
(609) 394-8620 (F)
kriechelson@crlawoffices.com

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Efrain Rivera

**DEFENDANTS**
United States of America

**(b)** County of Residence of First Listed Plaintiff: Mercer
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kevin Riechelson, Cohen & Riechelson
3500 Quakerbridge Road, Suite 203
Hamilton, NJ 08619

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☒ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**
*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
*Other:*
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1331
Brief description of cause:
motor vehicle accident

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 150,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 01/08/2025
SIGNATURE OF ATTORNEY OF RECORD: */s/ Kevin Riechelson*

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____